UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 17-186-PSG (KKx) | Date: | October 11, 2017 |
| Title: | *Victor Hernandez, et al. v. Daniel Cerda, et al.* | | |

Present: The Honorable KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DEB TAYLOR | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** Order re: Motion for Order to Show Cause Re: Contempt for Non-party's Failure to Comply with Deposition Subpoenas Briefing Schedule [Dkt. 38]

On October 5, 2017, Plaintiffs filed an "Application to Set an Order to Show Cause Hearing Re: Contempt Due To Witness Maximo Carcamo's Repeated Failure to Comply with Properly Served Deposition Subpoenas" ("Application") requesting that the Court (1) set an Order to Show Cause hearing requiring non-party Maximo Carcamo ("Carcamo") to appear before this Court to explain why he should not be held in contempt of court; and (2) issue an Order compelling Carcamo to appear for a deposition no later than December 19, 2017. ECF Docket No. ("dkt.") 38.

THEREFORE, IT IS ORDERED AS FOLLOWS:

1. Plaintiffs shall file a proof of service of the Application and this Order on Carcamo **within seven (7) days** of the date of this Order.

2. Carcamo's opposition, or notice of non-opposition, to the Application must be served and filed **on or before November 1, 2017**.

**Carcamo is cautioned that failure to timely file an opposition to the Application may result in the granting of the Application in its entirety.** L.R. 7-12.

The Central District maintains Pro Se Clinics, which are free clinics offering on-site information and guidance to individuals who are representing themselves (proceeding pro se) in federal civil actions in the courthouses located at: (1) 312 N. Spring Street, Room G-19, Main Street Floor, Los Angeles, CA 90012 (open Mondays, Wednesdays, and Fridays between 9:30 a.m. - 12:00 p.m. and 2:00 p.m. - 4:00 p.m.); (2) George E. Brown Federal Building, 3420 Twelfth Street, Room 125, Riverside, CA 92501 (open Tuesdays and Thursdays between 10:00 a.m. and 2:00 p.m.); and (3) Ronald Reagan Federal Building and United States Courthouse, 411 W. 4th Street, Room 1055, Santa Ana, CA 92701 (open Tuesdays from 1:00 p.m. – 4:00 p.m. and Thursdays between 10:00 a.m. - 12:00 p.m. and 1:30 p.m. - 3:30 p.m.). Further information about the Pro Se Clinic may be found on the Court's website at http://court.cacd.uscourts.gov/cacd/ProSe.nsf/. The Federal Pro Se Clinic is administered by the Public Law Center, not by the Court.

3. Plaintiffs' reply, if any, shall be served and filed **within seven (7) days** of the filing of Carcamo's opposition.

4. Unless otherwise ordered, the Application will be taken under submission, without oral argument, when briefing is complete, and the parties will be notified by mail or email of all further proceedings.

**IT IS SO ORDERED.**